Federal court of the Western District of New York
Buffalo Division

David Cilletteri
    Plaintiff

-against-                                    23-cv-906

Olivette Products LLC
    Defendant                                Comply

The plaintiff moves for the stay that was placed to be removed since the motion that is pending involves what the issue that the appeal courts will resolve if not in the District Court. This is creating a problem in which Lawrence Joseph Vilardo should face a discipline action for.

Thank you,

[signature]

David Cilletteri

Sworn to before
Me on January 2nd 2024
[signature] Sct K. M—

SCOTT K. MENDOLA
Notary Public, State of New York
No. 01ME6052954
Qualified in Niagara County
My Commission Expires December 26, 2026